# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

## Raymond J. LONGWELL,
### Seamen Recruit (E-1), U.S. Coast Guard

## CGCMS 24297

## Docket No.  1231

## 3 June 2005

Special Court-Martial convened by Commanding Officer, U.S. Coast Guard Cutter ALEX HALEY (WMEC 39).  Tried at Thirteenth Coast Guard District, Seattle, Washington on 13 October 2004.

| | |
|---|---|
| Military Judge: | CDR Larry R. Kennedy, USCG |
| Trial Counsel: | LT J. Trent Warner, USCGR |
| Assistant Trial Counsel: | LT Cassie A. Cioci, USCG |
| Defense Counsel: | LT Bart K. Tomerlin, JAGC, USNR |
| Appellate Defense Counsel: | LCDR Nancy J. Truax, USCG |
| Appellate Government Counsel: | LT D. Sean Baer, USCGR |

### BEFORE
### PANEL ONE
### BAUM, KANTOR, & FELICETTI
Appellate Military Judges

Per Curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of two specifications of making false official statements, in violation of Article 107, Uniform Code of Military Justice (UCMJ); and one specification of assault consummated by a battery, in violation of Article 128, UCMJ.  The military judge sentenced Appellant to a bad-conduct discharge and confinement for 150 days.  The Convening Authority approved the sentence as adjudged.  The pretrial agreement had no effect on the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ.  Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved.  Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Roy Shannon Jr.
Clerk of the Court